|||
|---|---|
| 1 | RUSSELL E. MARSH, ESQUIRE |
|   | Nevada Bar No. 11198 |
| 2 | WRIGHT MARSH & LEVY |
|   | 300 S. Fourth Street |
| 3 | Suite 701 |
|   | Las Vegas, NV 89101 |
| 4 | Phone: (702) 382-4004 |
|   | Fax: (702) 382-4800 |
| 5 | russ@wmllawlv.com |
| 6 | Attorneys for Anthony Sullivan |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 2:20-CR-00299-GMN-EJY |
| vs. | ) | |
| ANTHONY SULLIVAN, | ) | |
| Defendant. | ) | |

**STIPULATION TO CONTINUE PLEA HEARING**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Christopher Chiou, Acting United States Attorney, through Kimberly Sokolich, Assistant United States Attorney; and Defendant Anthony Sullivan, by and through his counsel, Russell E. Marsh, Esquire, Wright Marsh & Levy, that the Change of Plea Hearing currently scheduled for June 16, 2021, be vacated and set to a date and time convenient to this Court, at least two weeks from the current hearing date.

This stipulation is entered into for the following reasons:

1. Case No. 2:20-cr-00298-APG-EJY and Case No. 2:20-CR-00299-GMN-EJY have been consolidated before Judge Navarro under Case No. 2:20-cr-00299-GMN-EJY as to Defendant Anthony Sullivan only. (ECF No. 34.)

///

2. Plea agreements in both cases having been provided to the Court, these matters are currently scheduled for a Change of Plea Hearing on June 16, 2021, at 9:00 a.m. (ECF No. 35.) A Joint Status Report has been filed, agreeing to proceed by video conferencing. (ECF No. 36.)

3. Counsel for both parties have scheduling conflicts on the current date. Mr. Marsh has a hearing that can not be moved at 9:00 a.m. in bankruptcy case number 21-12443-NMC. AUSA Sokolich is scheduled to present a case before the federal grand jury at 10:00 a.m. Because this matter involves two plea agreements, it may take longer than a typical plea hearing.

4. The parties agree to continue the Change of Plea Hearing for two weeks. Mr. Sullivan is out of custody and agrees to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

7. This is the first request for a continuance of the Change of Plea Hearing.

Dated this 14th day of June, 2021.

Respectfully submitted:

WRIGHT MARSH & LEVY                           CHRISTOPHER CHIOU
                                               ACTING UNITED STATES ATTORNEY


BY  /s/ Russell E. Marsh                      BY  /s/ Kimberly Sokolich
    RUSSELL E. MARSH, ESQUIRE                     KIMBERLY SOKOLICH
    Attorney for Defendant Sullivan              Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANTHONY SULLIVAN, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:20-CR-00299-GMN-EJY |

Based on the Stipulation of the parties, the Change of Plea Hearing in this matter is hereby continued.  The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a hearing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the hearing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the Change of Plea Hearing in the above-captioned matter currently scheduled for June 16, 2021, at 9:00 a.m., be vacated and continued to June 30, 2021, at 10:00 a.m. in Courtroom 7D.

DATED: June ____15____, 2021.

_____
GLORIA M. NAVARRO
United States District Judge