RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
russ@wmllawlv.com
smuralidhara@wmllawlv.com

Attorneys for Anthony Sullivan

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> ANTHONY SULLIVAN, <br>     Defendant. | CASE NO. 2:20-CR-00298-GMN-EJY <br><br> CASE NO. 2:20-CR-00299-GMN-EJY |

**STIPULATION TO CONTINUE SENTENCING HEARING**
**(Fourth Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, JASON M. FRIERSON, United States Attorney, through KIMBERLY ANNE SOKOLICH, Assistant United States Attorney; and Defendant ANTHONY SULLIVAN, by and through his counsel, RUSSELL E. MARSH, ESQUIRE and SUNETHRA MURALIDHARA, ESQUIRE, Wright Marsh & Levy, that the sentencing hearing currently scheduled for July 6, 2022, at 10:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than 120 days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for Defendant Anthony Sullivan's sentencing hearing.

2.  The parties agree to the continuance. Mr. Sullivan is currently on pretrial release and agrees to the continuance.

3.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

4.  The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5.  This is the fourth request for a continuance of the sentencing hearing.

Dated this 21st day of June, 2022.

Respectfully submitted:

| WRIGHT MARSH & LEVY | JASON M. FRIERSON<br>UNITED STATES ATTORNEY |
|---|---|
| BY  /s/ Russell E. Marsh<br>RUSSELL E. MARSH, ESQUIRE<br>SUNETHRA MURALIDHARA<br>Attorneys for Anthony Sullivan | BY  /s/Kimberly Anne Sokolich<br>KIMBERLY ANNE SOKOLICH<br>Assistant U.S. Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANTHONY SULLIVAN, ) <br> Defendant. ) <br> ) | CASE NO. 2:20-CR-00298-GMN-EJY <br> CASE NO. 2:20-CR-00299-GMN-EJY |

  Pursuant to the Stipulation of the Parties and for good cause appearing the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

  IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for July 6, 2022, at 10:00 a.m., be vacated and continued to January 11, 2023, at 10:00 a.m.

DATED: June 21, 2022

_____
GLORIA M. NAVARRO
United States District Judge

3